U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 22 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-CR-00232 |
| | JUDGE Hicks |
| VS. | MAGISTRATE JUDGE HORNSBY |
| | 18 U.S.C. §§ 371, 666(a)(2) & 1341 |
| RITA M. MYLER | |

# INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 371
Conspiracy

A.  AT ALL TIMES MATERIAL HEREIN

   1.   RITA M. MYLER operated a business called Sangre Biologicals (Sangre).

   2.   ALR was employed by Louisiana State University Health Sciences Center (LSUHSC) as the Assistant Laboratory Director of the Human Lucocyte Antigen (HLA) Lab. As such, he was a "public officer," "public employee" or a person in a "position of public authority" as defined under Louisiana law.

   3.   In his position as Assistant Laboratory Director, ALR was authorized to submit and approve purchase requisitions for the antibodies and reagents needed by the lab.

4. La. R.S. 14:118 makes it a crime (public bribery) for anyone to give or offer to give, directly or indirectly, anything of apparent present or prospective value to any public officer, public employee or person in a position of public authority, with the intent to influence his conduct in relation to his position, employment, or duty.

5. La. R.S. 14:120 makes it a crime (corrupt influencing) for anyone to give or offer to give anything of apparent present or prospective value to any person with the intent to influence the conduct of any public officer, public employee or person in a position of public authority in relation to such person's position, employment or duty.

B. THE CONSPIRACY AND SCHEME AND ARTIFICE TO DEFRAUD

Beginning on or before the 16th day of July, 2001, and continuing until on or about the 16th day of July, 2008, in the Western District of Louisiana and elsewhere, Defendant RITA M. MYLER and others, both known and unknown to the Grand Jury, knowingly and willfully conspired, confederated and agreed together to commit offenses against the United States, that is, to use the mails for the purpose of executing the scheme and artifice they devised to defraud LSUHSC in violation of 18 U.S.C. § 1341 and to give a thing of value to an agent of LSUHSC with the intent to influence and reward

him in connection with a series of transactions in violation of 18 U.S.C. § 666.

C. THE OBJECT OF THE CONSPIRACY AND THE SCHEME AND ARTIFICE TO DEFRAUD

The primary object of the conspiracy was for Defendant RITA M. MYLER to sell product through Sangre to LSUHSC through the payment of cash kickbacks or bribes to ALR.

D. OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the Defendant performed or caused to be performed the following overt acts, among others, in the Western District of Louisiana and elsewhere:

1. On numerous occasions beginning on or before the 16th day of July, 2001, and continuing until on or about the 16th day of July, 2008, Defendant RITA M. MYLER invoiced LSUHSC and caused LSUHSC to be invoiced for the product.

2. On numerous occasions beginning on or about the 16th day of July, 2001, and continuing until on or about the 13th day of June, 2008, Defendant RITA M. MYLER and ALR caused LSUHSC to pay Sangre in excess of $540,000.00 for the product.

3. On numerous occasions beginning on or before the 25th day of June, 2001, and continuing until on or about June 2008, Defendant RITA M.

MYLER paid bribes or kickbacks to ALR in the form of cash. ALR deposited some of this cash into his account at the VAC Federal Credit Union.

4. The allegations of Counts 2 - 11 are incorporated by reference as though set forth in full herein as separate overt acts.

All in violation of Title 18, United States Code, Section 371 [18 U.S.C. § 371].

COUNTS 2 - 11
18 U.S.C. § 1341
Mail Fraud

A. The allegations of Count 1, paragraphs A, B and C are incorporated by reference as though set forth in full herein as the scheme and artifice to defraud.

B. THE MAILINGS

On or about the dates set forth below, in the Western District of Louisiana and elsewhere, Defendant RITA M. MYLER for the purpose of executing the aforesaid scheme and artifice to defraud and attempting to do so, did knowingly cause to be deposited into an authorized depository for mail matter for delivery by the United States Postal Service, envelopes containing the checks set forth below, which envelopes were addressed to Sangre Biologicals, P. O. Box 5770, Destin, FL 32540, all in violation of Title 18, United States Code, Section 1341 [18 U.S.C. § 1341].

| COUNT | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| 2 | 08/30/07 | 178146 | $4,783.75 |
| 3 | 10/09/07 | 182499 | $5,492.50 |
| 4 | 10/23/07 | 183932 | $5,121.25 |
| 5 | 12/19/07 | 188811 | $5,593.75 |
| 6 | 01/10/08 | 191116 | $4,918.75 |
| 7 | 02/15/08 | 194886 | $5,290.00 |
| 8 | 03/17/08 | 198124 | $4,817.50 |
| 9 | 04/15/08 | 201082 | $5,357.50 |
| 10 | 05/16/08 | 204616 | $5,087.50 |
| 11 | 06/13/08 | 207603 | $5,425.00 |

## COUNT 12
### 18 U.S.C. § 666(a)(2)
### Bribery Concerning Program Receiving Federal Funds

A. AT ALL TIMES MATERIAL HEREIN

1. The allegations of Count 1, paragraphs A, B and C are incorporated by reference as though set forth in full herein.

2. LSUHSC was an agency of the State of Louisiana that received federal assistance in excess of $10,000 during the one-year period beginning July 1, 2007, and ending June 30, 2008.

3. ALR was an agent of LSUHSC whose duties included purchasing for the HLA Lab.

B.  THE OFFENSE

Between on or before the 16th day of July, 2001, and continuing until on or about the 16th day of July, 2008, in the Western District of Louisiana and elsewhere, Defendant RITA M. MYLER did corruptly give, offer and agree to give a thing of value to ALR intending to influence and reward ALR in connection with a series of transactions of LSUHSC involving $5,000 or more, all in violation of Title 18, United States Code, Section 666(a)(2) [18 U.S.C. § 666(a)(2)].

A TRUE BILL

*REDACTED*

STEPHANIE A. FINLEY
United States Attorney

By: _____
C. MIGNONNE GRIFFING, #19601
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101
(318) 676-3600
Mignonne.Griffing@usdoj.gov